IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

JEWEL Griffin
(Enter Above the Name of the Plaintiff in this Action)

vs.

Officer Hilsheimer #1469
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:
_____
_____
_____
_____

2:25 CV 0540

JUDGE WATSON

MAGISTRATE JUDGE DEAVERS

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

JEWEL Griffin
Name - Full Name Please - PRINT

217 N Grant Ave
Street Address

Columbus OH 43215
City, State and Zip Code

432-955-4049
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Officer Hilshemier #1469**
   Name - Full Name Please

   **120 Marconi Blvd, Columbus Ohio 43215**
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I Have Been victimized by Governmental Programming and Organized crime and Human Traffick including Release of military in my life for 15 years and it is going Ignored by law Enforcement and Government Employees. I am Having a public corruption staring on me from town to town and Being Slander and chased and Harassed by military and people involved with programming, Sexually assaulted and controlled and Surveillanced to the public and Humiliated While Government is Raping me and my Children with a Surragacy and our Removal. This Human trafficking was discribed in a online affidavit written by a FBI agent which I Have included. the Officer Heard me tell Him that the people are programming and said the white women in the government are putting them up to doing this by threating to kill my Children if I dont participate in them undergoing a Surragacy and oua Removal and Being victims to the programming and Human trafficking. I Have taped the Hadrassment publicly and would like to present it to the courts.

-3-

IV. Previous lawsuits.

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

50,000 Dollars Because as a result to the Officer Ignoring my situation ~~[crossed out]~~ I was tortured at the Police Station with Eletronic Harrassment All night and then Humilated to the whole town Because they Ignore the CRime people think its there Right to do whatever they want to me. African Americans are TRying to Have me Raped and my Children in Columbus ohio.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 15 day of May, 2025

Jewel Griffin
Signature of Plaintiff

-4-

# TED L. GUNDERSON & ASSOCIATES

6230-A Wilshire Blvd., Suite 6
Los Angeles, California 90048
Phone: (337) 344-8876

I, Ted L. Gunderson, hereby swear under the pains and penalties of jury that the following statements are true and correct:

1. My name is Ted L. Gunderson. I am the owner and operator of Ted L. Gunderson & Associates, an international security and consulting firm based out of Santa Monica, California. I am currently a licensed private investigator in the state of California. I have performed private investigation and security work for numerous individuals, companies, and governments worldwide since founding my firm in 1979. I have worked for, amongst others, F. Lee Bailey, Esq., The California Narcotics Authority by appointment of Governor Jerry Brown, The 1984 Los Angeles Olympic Committee, and The 1979 Pan American Games in San Juan, Puerto Rico by appointment of then U.S. Attorney General Griffin Bell.

2. Previous to my work as a private investigator I spent nearly three decades in the F.B.I. Between 1951 and 1960 I was an F.B.I. Special Agent. In 1960 I was promoted as a supervisor at F.B.I. Headquarters in Washington, D.C., where I was in charge of Organized Crime and Racketeering investigations covering 26 F.B.I. Field Offices nationwide. Following the assassination of President John F. Kennedy, I was re-assigned to Special Inquiry White House Matters at F.B.I. Headquarters. In 1965 I was promoted again to Assistant Special Agent-In-Charge of Internal Security and Anti-Terrorism of the F.B.I. New Haven, Connecticut Field Office. In 1970 I was promoted to Assistant Special Agent-In-Charge of the F.B.I. Philadelphia, Pennsylvania Field Office. On July 12, 1972 I successfully negotiated with two terrorist hijackers of National Airlines Flight 496 for the release of 119 passengers at Philadelphia International Airport. In 1973 I was promoted to Chief Inspector at F.B.I. Headquarters. I also served

as Special Agent-In-Charge of the F.B.I. Memphis and Dallas Field Offices. I retired from the F.B.I. as Senior Special Agent-In-Charge of the Los Angeles Field Office of the F.B.I. with over 700 employees and a budget of over 22 million dollars in 1979.

3. I have read the Complaint in the current action of Mr. Keith Labella against F.B.I. and D.O.J. It is my professional opinion, based on information, knowledge and belief that the information sought by Mr. Labella in this F.O.I.A. suit regarding "gang stalking", "gang stalking groups" and "gang stalking methods" reasonably describes an ongoing, active, covert nationwide program that is in effect today, and, based on my investigations and experience, has been operational since at least the early 1980's. Since the 1980's gang stalking has increased in scope, intensity and sophistication by adapting to new communications and surveillance technology. These programs are using the codenames Echelon Program, Carnivore System, and Tempest Systems. The Echelon Program is administered by the N.S.A. out of Fort Meade, Maryland, and monitors all email and phone calls in the world. Carnivore System is administered by the N.S.A. out of Fort Meade, Maryland, and can download any computer system without being traced or otherwise known to the owner. Tempest Systems can decipher what is on any computer screen up to a quarter of a mile away. These programs are negatively impacting thousands of Americans and severely abusing their civil rights on a daily basis.

4. Based on my investigative work, which includes intelligence from sources such as active and former members of the Intelligence Services (including the F.B.I., the C.I.A., the N.S.A. and Military Intelligence), information from informants active in criminal enterprises, and, victim testimonies, I have come to the conclusion that thousands of victims have been targeted by an illegal government rogue criminal enterprise that is active 24 hours a day within the U.S. This conspiracy is far too active to be controlled or operated by private enterprise whose goals are achieving financial gain. These operations require extensive financing with no return on the investment. This program's operations are financed by illegal black operations, i.e., narcotics, prostitution, child

2

kidnapping (children sell at covert auctions for up to $50,000 per child), human trafficking, gambling and other rackets.

5. I have documentation and know that throughout the U.S., operating 24 hours-a-day and 7 days-a-week, there is a Central Command, located within the U.S., with multiple satellite offices, whose administrators can instantly initiate surveillance, phone taps and harassment against any individual in the country. They have the technology, financing and manpower to dispense illegal surveillance and harassment against anyone at any time, day or night. I have files on numerous cases of active, programmatic, illegal government harassment currently being conducted against thousands of Americans. This makes the F.B.I.'s former COINTELPRO program, which I worked on, including in a supervisory capacity, look like a Sunday school program by comparison.

6. I firmly believe that most individuals working in the F.B.I., other intelligence agencies, and the government overall are honest, law-abiding public servants. However, a sophisticated network of rogue operatives has secretly infiltrated the F.B.I., other intelligence agencies including the C.I.A., and other key government positions. This rogue element seeks personal power and wealth and considers themselves above the law and the Constitution. They are carrying out the aforementioned surveillance and harassment activities in conjunction with organized crime, the cult movement in America including Satanic cults, other commercial and political interests, and even misguided civic organizations and neighborhood groups. This illegal surveillance and harassment program is being called gang stalking and organized stalking by the victims targeted by it. The victims are targeted for a variety of reasons including government and corporate whistleblowers, parties to financial and employment disputes, parties to marital disputes (usually divorced women), and even jilted paramours. Journalists covering controversial issues, and, even attorneys and private investigators representing unpopular clients or interests, have been targeted by this program.

7. Individuals targeted by this program have been subjected to illegal and unconstitutional phone taps, illegal re-routing of business and

3

private phone calls for purposes of harassment, illegal audio "bugging", surreptitious entry into home, office, and vehicle, visual surveillance in the home conducted by illegal placement of miniature remote, wireless cameras (often accessible via internet), illegal internet spyware, illegal GPS tracking (often through their own mobile phones), regular fixed and mobile surveillance, mail misdirection, mail theft and tampering, financial and employment sabotage, slander campaigns and community ostracizing , internet disinformation and smear campaigns, poisoning, assaults and murder, illegal set-ups on drug charges and other felony charges, amongst many other civil rights abuses.

8. In addition to high-ranking members of the F.B.I., other intelligence services, and the government overall, wealthy, powerful members of criminal syndicates, multi-millionaires and the corporate elite are using the government gang stalking program to harass enemies. They can get a targeted individual harassed for the rest of that individual's life (individual cases of gang stalking lasting for over a decade are common). The higher status members of the gang stalking conspiracy initiate the gang stalking and coordinate logistics and funding. Lower echelon government rogue operatives, lower ranking members of the military (in violation of Posse Comitatus), petty criminals and street thugs perform the actual grunt work of daily monitoring and harassment of individuals targeted by the program.

9. Based on my professional experience, extensive intelligence information and belief, it is my professional opinion that the F.B.I. is involved in and has investigative files on the subject of gang stalking, related gang stalking methods, and gang stalking groups in the F.B.I.'s vast intelligence files, that are responsive to Mr. Labella's F.O.I.A. Complaint. Furthermore, I have personally referred numerous victims of gang stalking to the appropriate agents at the F.B.I. for investigation of their cases. I have also furnished the F.B.I. with documentation of an active, international child kidnapping ring probably operated by rogue C.I.A. agents. The F.B.I. has ignored my requests to investigate even though it is their responsibility to investigate kidnappings. I have a contact in Germany who advises me that the C.I.A. has set up secret operations on U.S. military bases for the kidnapping, sale and

4

trafficking of children worldwide. The F.B.I. may be using a unique codename and nomenclature for the gang stalking phenomenon in its records. However, this is a semantic difference, and, in no way changes my professional opinion that the F.B.I. has investigative files on the nationwide phenomenon of gang stalking described in reasonable and specific detail in Mr. Labella's F.O.I.A. Complaint. These F.B.I. files contain information responsive to Mr. Labella's F.O.I.A. Complaint regarding the subject of gang stalking. The F.B.I. and other intelligence agencies are administering and covering up the rogue, covert, government criminal enterprise of gang stalking. The gang stalking phenomenon appears in the records of both the F.B.I. and the N.S.A. in their records pertaining to the Echelon Program, Carnivore System, and Tempest Systems. In addition, the gang stalking phenomenon appears in the records of both the F.B.I. and the N.S.A. in their records pertaining to information collected by Narus systems. Narus is a wholly owned subsidiary of defense contractor Boeing that produces sophisticated, mass surveillance computer systems currently being used by both the F.B.I. and the N.S.A.

Dated this 26 day of April 2011.

Los Angeles, California

*Ted L. Gunderson* (signature)
Ted L. Gunderson

_____
NOTARY

5

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of _Los Angeles_

On _4-25-2011_ before me, _Robert R.S. Propp_,
Date                                    Here Insert Name and Title of the Officer

personally appeared _Ted L. Gunderson_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

Place Notary Seal Above

[Notary Seal: ROBERT R.S. PROPP, COMM. 1795936, NOTARY PUBLIC-CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires April 20, 2012]

―――――――― OPTIONAL ――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Statement of Ted L. Gunderson & Associates_

Document Date: _4-26-2011_   Number of Pages: _5_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Ted L. Gunderson_
☑ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

# TED L. GUNDERSON
FBI Bureau Chief,
Senior Special Agent In Charge, (Ret.)
Head of the Los Angeles Office of the
Federal Bureau of Investigation
6230 A Wilshire Blvd.
Los Angeles, CA 90048
Direct Line: (337)344-8876
California Investigation License Number: 12878

## PROFESSIONAL EXPERIENCE

1979 – Present     Ted L. Gunderson & Associates.
Founder, owner and operator of this international security consulting and investigation firm in 1979. Investigator for F. Lee Bailey Esq., Mr. Bailey describes Ted Gunderson as a person "whose investigative skills are unsurpassed by anyone I know or have known". At the time of retirement from the Federal Bureau of Investigations, Ted had 700 personnel under his command and he operated an annual budget of Twenty Two Million dollars (USD 22,000,000.00).

Ted is a renowned lecturer, published author and researcher. National Television and radio appearances include "The Geraldo Show", "48 Hours Mysteries", "Unsolved Mysteries" and "Larry King Live". He has been regularly featured on Discovery Channel and Lifetime.

1984     Los Angeles Olympics Committee Consultant.

1981 – 1982     California Narcotics Authority – Consultant appointed by Governor Jerry Brown.

1979     Pan American Games, San Juan, Puerto Rico – Security Coordinator
Special Appointee of United States Attorney General Griffin B. Bell.

1951 – 1979     Federal Bureau of Investigations

| | | |
|---|---|---|
| | 1977 – 79 | Senior Special Agent-In-Charge, Los Angeles, California |
| | 1973 – 77 | Special Agent-In-Charge, Memphis, Tennessee and Dallas, Texas |
| | 1973 | Chief Inspector |
| | 1965 – 73 | Assistant Special Agent-In-Charge, New Haven, Connecticut and Philadelphia, Pennsylvania |
| | 1960 – 65 | Special Agent Supervisors – Federal Bureau of Investigations Headquarters, Washington, D.C. |
| | 1951 – 60 | Special Agent |

PUBLICATIONS     1989     "How To Locate Anyone Anywhere Without Leaving Home" – E.P. Dutton

EDUCATION     1950     Bachelor of Science – University of Nebraska

AWARDS     1979     Distinguished Alumnus Award in Recognition of Distinguished and Devoted Service to His Country – University of Nebraska
                1977     Alumni Highest Effort Award in the Field of law Enforcement, Sigma Alpha Epsilon Social Fraternity
                1977     Law enforcement Officer of the Year – AFL-CIO Metal Trades Counsel, Los Angeles, California

WIKIPEDIA

# Front organization

A **front organization** is any entity set up by and controlled by another organization, such as <u>intelligence agencies</u>, <u>organized crime</u> groups, <u>terrorist organizations</u>, <u>secret societies</u>, banned organizations, religious or political groups, <u>advocacy groups</u>, or <u>corporations</u>. Front organizations can act for the parent group without the actions being attributed to the parent group, thereby allowing them to

WIKIPEDIA

# *Human trafficking*

**Human trafficking** is the trade of humans for the purpose of forced labour, sexual slavery, or commercial sexual exploitation for the trafficker or others.[1][2] This may encompass providing a spouse in the context of forced marriage,[3][4][5] or the extraction of organs or tissues,[6][7] including for surrogacy and ova removal.[8] Human trafficking can occur within a country or trans-nationally. Human trafficking is a crime against the person because of the violation of the victim's rights of movement through coercion and because of their commercial exploitation.[9] Human trafficking is the trade in people, especially women and children, and does not necessarily involve the movement of the person from one place to another.[10][11]

People smuggling (also called *human smuggling* and *migrant smuggling*) is a related practice which is characterized by the consent of the person being smuggled.[12] Smuggling situations can descend into human trafficking through coercion and exploitation.[13] Trafficked people are held against their will through acts of coercion, and forced to work for or provide services to the trafficker or others.

According to the International Labour Organization (ILO), forced labour alone (one component of human trafficking) generates an estimated $150 billion in profits per annum as of 2014.[14] In 2012, the ILO estimated that 21 million victims are trapped in modern-day slavery. Of these, 14.2 million (68%) were exploited for labour, 4.5 million (22%) were sexually exploited, and 2.2 million (10%) were exploited in state-imposed forced labour.[15] The International Labour Organization has reported that child workers, minorities, and irregular migrants are at considerable risk of more extreme forms of exploitation. Statistics shows that over half of the world's 215 million young workers are observed to be in hazardous sectors, including forced sex work and forced



**WIKIPEDIA**
The Free Encyclopedia

# Unethical human experimentation in the United States

Numerous experiments which were performed on human test subjects in the United States in the past are now considered to have been unethical, because they were performed without the knowledge or informed consent of the test subjects.[1] Such tests have been performed throughout American history, but have become significantly less frequent with the advent and adoption of various safeguarding efforts.[1] Despite these safeguards, unethical experimentation involving human subjects is still occasionally uncovered.[2]



A subject of the Tuskegee syphilis experiment has his blood drawn, c. 1953.

Past examples of unethical experiments include the exposure of humans to chemical and biological weapons (including infections with deadly or debilitating diseases), human radiation experiments, injections of toxic and radioactive chemicals, surgical experiments, interrogation and torture experiments, tests which involve mind-altering substances, and a wide variety of other experiments. Many of these tests are performed on children,[3] the sick, and mentally disabled individuals, often under the guise of "medical treatment". In many of the studies, a large portion of the subjects were poor, racial minorities, or prisoners.

Many of these experiments violated US law even at the time and were in some cases directly sponsored by government agencies or rogue elements thereof, including the Centers for Disease Control, the United States military, and the Central Intelligence Agency; and in other cases were sponsored by private corporations which were involved in military activities.[4][5][6] The human research programs were usually highly secretive and performed without the knowledge or authorization of Congress, and in many cases information about them was not released until many years after the studies had been performed.

The ethical, professional, and legal implications of this in the United States medical and scientific community were quite significant and led to many institutions and policies that attempted to ensure that future human subject research in the United States would be ethical and legal. Public outrage in the late 20th century over the discovery of government experiments on human subjects led to numerous congressional investigations and hearings, including the Church Committee and Rockefeller Commission, both of 1975, and the 1994 Advisory Committee on Human Radiation Experiments, among others.

# Black operation

A **black operation** or **black ops** is a covert or clandestine operation by a government agency, a military unit or a paramilitary organization; it can include activities by private companies or groups. Key features of a black operation are that it is secret and it is not attributable to the organization carrying it out.[1]



This US Douglas A-26C Invader was painted in fake Cuban Air Force colors for the military invasion of Cuba undertaken by the USAF sponsored paramilitary group Brigade 2506 in April 1961.

A single such activity may be called a black bag operation;[1] that term is primarily used for covert or clandestine surreptitious entries into structures to obtain information for human intelligence operations.[2] Such operations have been carried out by the FBI,[3] CIA,[4] KGB, Mossad, MI6, MI5, ASIS, COMANF, DGSE, AISE, CNI, MSS, R&AW, ROK UDU, SVR, FSB, ISI and the intelligence services of other states.[2]

The main difference between a black operation and one that is merely secret is that a black operation involves a significant degree of deception, to conceal who is behind it or to make it appear that some other entity is responsible (e.g. false flag operations).[5][6]

## Etymology

*Black* may be used as a generic term for any government activity that is hidden or secret. For example, in the United States, some activities by military and intelligence agencies are funded by a classified "black budget", of which the details, and sometimes even the total, are hidden from the public and from most congressional oversight.[7][8]

## Reported examples

- The Greenpeace boat *Rainbow Warrior* was sunk by French secret services.