UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jewel Griffin,

    Plaintiff,

    v.

Officer Hilsheimer # 1469,

    Defendant.

Case No. 2:25-cv-540

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiff proceeds without counsel and without the pre-payment of fees. ECF No. 7. Plaintiff's Complaint alleges she is the victim of "Governmental Programming and organized crime and human traffick[ing.]" Compl., ECF No. 6 at PAGEID # 31. Among other things, Plaintiff alleges the Government has harassed, surveilled, and raped her. *Id.* She contends the Government is programming her and threatening to kill her children if she fails to "participate in them undergoing a surrogacy and ova removal[.]" *Id.* Plaintiff argues she complained to an FBI officer, who ignored her. *Id.* at PAGEID ## 31–32. Additionally, Plaintiff moves to be placed into the witness protection program as part of an emergency protective order and asks for the recusal of any woman assigned to the case due to a conflict of interest. ECF No. 3.

The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation

("R&R"). ECF No. 7. The R&R recommended dismissing the case for failure to state a claim and denying the motion for an emergency protective order. *Id.*

The R&R notified Plaintiff of her right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 7. It was mailed to Plaintiff at her address of record, but it was returned as undeliverable. ECF No. 8.

The deadline for objecting has passed, and Plaintiff failed to object. She also failed to update her mailing address with the Clerk of Court. Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES** the Complaint without prejudice. Plaintiff's motion for an emergency protective order is **DENIED**. The Clerk shall close this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**